UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Judgment Creditor,

v.

LARRY QUITO,
Judgment Debtor.

07 CR 0100-01 (JSR)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on December 6, 2007, the United States of America obtained a judgment against the judgment debtor, LARRY QUITO, in the amount of $1,494,973.43, for which the unpaid balance, including interest accrued at the rate of 3.17%, is $2,304,178.04, and the parties have agreed to voluntary automatic deduction of 10% per pay period from the gross compensation of LARRY QUITO to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that the current employer or third-party compensation provider of LARRY QUITO, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of his gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 07 CR 0100-01.

Dated: March 14, 2026
New York, New York

LARRY QUITO
*Judgment Debtor*

JAY CLAYTON
United States Attorney

Melissa A Childs

MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

UNITED STATES DISTRICT JUDGE
7/27/26